UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Graydon R. Boles,

       Plaintiff,      Civil Action File Number

v.                             8:18-cv-632-T-17mAP

Hillsborough County,

       Defendant.     COMPLAINT

_____/

## JURISDICTION

The jurisdiction of the Court is invoked pursuant to Title 28 USCA § 1343.

## STATEMENT

Defendant's privacy fence policy causes 13th and 14th Amendment deprivations within the meaning of Title 42 USCA § 1983.

## NARRATIVE EXPLANATION

Defendant promotes a privacy fence policy that undermines the very fundamentals that separate a constitutional form of government from a form of tyranny. i.e. defendant unlike Orange County Florida does not

-1-



require the due process plan review or permit pre-construction. Post construction inspection is given that generates a sting and entrapment effect. Plaintiff was cited for illegal height. A 6' wooden fence was installed on the east side of his lot instead of 4' fence without plan review and permit. Plaintiff was threatened with fines or pay $1000.00 for variance hearing. Defendant coerced plaintiff into tearing down the fence at 9116 Brunswick Lane Tampa Florida that did not pose threat to public safety.

Defendant cited the plaintiff for having a 6' privacy vinyl fence instead of a 4' fence on the west side of his lot at 9118 Brunswick Lane, Tampa, Florida. Defendant refused to tear down the fence that posed no threat to the public safety. Fines over $3,000.00 were imposed as plaintiff refused to go to variance or tear it down. Defendant moved for the fine and a tear down.

Personally involved defendant arbitrarily and invidiously discriminated against plaintiff. i.e. others in violation of privacy fence were not violated in immediate neighborhood or adjacent neighborhoods where 6' privacy fences are common in front of homes and businesses. Defendant has deprived plaintiff of rights guaranteed by the 13th and 14th Amendments under color of law, custom, or usage of the state.

## DEMAND FOR JUDGMENT

The plaintiff seeks $4,000.00 for installing and tearing down wooden fence. Plaintiff seeks $20,000.00 for punitive relief and $5,000.00 for emotional distress.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure plaintiff demands trial by jury for all questions of fact that may arise.

*Graydon R Boles*

Graydon R. Boles
9118 Brunswick Lane
Tampa, Florida 33615
bolesgraydon@gmail.com
(813) 629-5778